UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| GIOVANNI MARTINS <br>     Plaintiff, <br><br> vs. <br><br> LUSTIG, GLASER WILSON P.C. <br><br>     Defendants, | ) <br> ) <br> ) <br> ) <br> ) Civil Action No. 1:12-cv-11939-GAO <br> ) <br> ) <br> ) <br> ) <br> ) |

NOTICE OF WITHDRAWAL OF COMPLAINT AND VOLUNTARY DIMISSSAL OF
ACTION WITH PREJUDICE
PURSUANT TO RULE 41(a)

    Giovanni Martins ("Plaintiff"), by Plaintiff's attorney, hereby withdraws the complaint and voluntarily dismisses this action, with prejudice, pursuant to FED. R. CIV. P. 41(a)(1)(A)(i).

Dated: November 9, 2012

    RESPECTFULLY SUBMITTED:

    /s/ Kevin V. K. Crick, Esq.
    Kevin V. K. Crick
    Consumer Rights Law Firm, PLLC
    300 Brickstone Square, Suite 902
    Andover, MA 01810
    Phone: (978) 212-3300
    Fax: (888) 712-4458
    Email: kevinc@consumerlawfirmcenter.com
    Attorney for Plaintiff

## PROOF OF SERVICE

I hereby certify that on November 9, 2012, a copy of the foregoing was filed electronically in accordance with the Court's Electronic Filing Guidelines. Notice of this filing will be sent to all parties by operation of the court's electronic filing system and electronic email. Parties may access this filing through the court's system.

/s/ Kevin V. K. Crick, Esq.